IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GANTT and TRINA GANTT** | : | **CIVIL ACTION NO. 1:06-CV-1354** |
| | : | |
| **Plaintiff** | : | **(CHIEF JUDGE KANE)** |
| | : | **(Magistrate Judge Smyser)** |
| v. | : | |
| | : | |
| **ABSOLUTE MACHINE TOOLS, INC. and ROUNDTOP MACHINERY INDUSTRIES, CO., LTD.** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the captioned action is a September 13, 2007 report of the magistrate judge recommending that the motion for summary judgment be denied in its entirety. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) The Defendant's Motion (Doc. No. 35) for Summary Judgment is **DENIED**.

                                               s/ Yvette Kane
                                               YVETTE KANE, Chief Judge
                                               United States District Court
                                               Middle District of Pennsylvania

Dated: October 4, 2007