**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL GANTT and | : | |
| TRINA GANTT, | : | |
|    Plaintiff | : | Civil Action No. 1:06-cv-01354 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| ABSOLUTE MACHINE TOOLS, INC., | : | (Magistrate Judge Smyser) |
| and ROUNDTOP MACHINERY | : | |
| INDUSTRIES, CO., LTD., t/a | : | |
| JOHNFORD, | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, on this 10th day of January, 2008, upon consideration of the report and recommendation of Magistrate Judge Andrew Smyser (Doc. No. 57), to which no objections have been made, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Magistrate Judge Smyser (Doc. No. 57) is **ADOPTED**.

2. The petition of Absolute Machine Tools, Inc., for leave to join RMT Sales, Inc., as an additional defendant in this action (Doc. No. 53) is **GRANTED**.

3. The Clerk of Court shall **ISSUE** a revised case management order accommodating the joinder of RMT Sales, Inc.

4. The above-captioned case shall be **REMANDED** to Magistrate Judge Smyser for further proceedings.

                                                  s/ Yvette Kane
                                                  Yvette Kane, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania